■ The People of the State of New York ex rel. Bernard Pitts, Appellant, v David Unger, Superintendent, Orleans Correctional Facility, Respondent. [876 NYS2d 799]—Appeal from a judgment (denominated order) of the Supreme Court, Orleans

County (James P. Punch, A.J.), entered December 28, 2007 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: We reject the contention of petitioner that Supreme Court erred in dismissing his petition for a writ of habeas corpus. Petitioner's contention in support of the petition with respect to double jeopardy could have been raised on direct appeal or by a postjudgment motion pursuant to CPL article 440 (*see People ex rel. Pitts v McCoy*, 11 AD3d 985 [2004], *lv denied* 4 NY3d 705 [2005]; *People ex rel. Hammock v Meloni*, 233 AD2d 929 [1996], *lv denied* 89 NY2d 807 [1997]). Contrary to petitioner's contentions, the petition was properly dismissed in response to respondent's motion (*see* CPLR 404 [a]; *see also People ex rel. Goude v La Vallee*, 42 AD2d 648 [1973]), and petitioner was afforded meaningful representation by the attorney assigned to represent him in connection with the habeas corpus petition (*see generally People v Benevento*, 91 NY2d 708, 712 [1998]). Present—Martoche, J.P., Centra, Fahey and Pine, JJ.